

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MID CITY BOWLING LANES & | * | CIVIL ACTION |
| SPORTS PALACE, INC. | * | |
|     Plaintiff, | * | NO. 00-0219 |
| | * | |
| VERSUS, | * | SECTION: "S" |
| | * | |
| CBS CORPORATION d/b/a | * | JUDGE VIAL LEMMON |
| THE NASHVILLE NETWORK, | * | |
| NETWORK ENTERPRISES, INC., | * | MAG. DIV.: "5" |
| CHINA TRAIN PRODUCTIONS, | * | |
| CBS CABLE, | * | MAG. JUDGE CHASEZ |
|     Defendants. | * | |
| | * | DEMAND FOR JURY TRIAL |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**REQUEST FOR ORAL ARGUMENT
AND THE TAKING OF ORAL TESTIMONY
ON HEARING OF MOTION FOR PRELIMINARY INJUNCTION**

**NOW INTO COURT**, through undersigned counsel and pursuant to Local Rules 43.1 and 78.1, comes Mid City Bowling Lanes & Sports Palace, Inc. ("Mid City"), the plaintiff, who respectfully requests the Court to grant oral argument and allow the taking of oral testimony on Mid City's motion for preliminary injunction. In support of this motion, Mid City represents the following:

I.

Mid City owns a federal trademark, ROCK 'N' BOWL, in conjunction with



DATE OF ENTRY FEB 0 9 2000

entertainment services, namely a "bowling alley that features live music performances."[1] The defendants here have flatly ignored Mid City's federal mark and air, twice a week, ROCKIN' BOWL, a television series depicting bowling with live musical performances. The defendants' airing of this television series causes irreparable harm to Mid City.

## II.

On January 24, 2000, Mid City filed its Complaint for Trademark Infringement and Dilution, asserting claims of federal trademark infringement, federal trademark dilution, unfair trade practices, state trademark infringement, and service mark dilution and injury to Mid City's business reputation.

## III.

Contemporaneous with the filing of this motion, Mid City has noticed its motion for preliminary injunction for hearing on March 8, 2000. Mid City plainly meets the requirements for issuance of a preliminary injunction: (1) there is a substantial likelihood of Mid City's success on the merits; (2) there is a substantial risk of irreparable injury to Mid City if the injunction is not sustained; (3) the threatened injury to Mid City outweighs any damage, if any, that the granting of this injunction will cause the defendants; and (4) granting the injunction will serve the public interest. *Kern River Gas Transmission Co. v. Coastal Corp.*, 899 F. 2d 1458, 1462 (5th Cir. 1990).

## IV.

Because of the irreparable injury caused by the defendants' television series and because of the facts and law at issue, Mid City requests oral argument and the taking of oral testimony during hearing on its motion for preliminary injunction.

---

[1] *See* Exh. M6 attached to the memorandum in support.

**WHEREFORE,** Mid City Bowling Lanes & Sports Palace, Inc. respectfully requests that the Court grant oral argument and allow the taking of oral testimony during hearing on its motion for preliminary injunction.

Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
    Of
STANLEY & FLANAGAN, L.L.C.
909 Poydras Street, Suite 2630
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Robert C. Tucker, 2152
Lance A. Foster, 21193
Bernard F. Meroney, 20522
ROY, KIESEL & TUCKER, A PLC
2355 Drusilla Lane
Post Office Box 15928
Baton Rouge, Louisiana 70895-5928
Telephone: (504) 927-9908
Facsimile: (225) 926-2685

Attorneys for Plaintiff, Mid City Bowling Lanes & Sports Palace, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument and the Taking of Oral Testimony on Hearing of Motion for Preliminary Injunction has been served on (1) Network Enterprises, Inc., through its agent for service of process, by Louisiana long arm service, (2) China Train Productions, Inc., through its agent for service of process, by Louisiana long arm service, and (3) CBS Corporation, through its agent for service of process, CT Corporation System, by United States mail, postage prepaid and properly addressed, all this 8th day of February, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MID CITY BOWLING LANES & SPORTS PALACE, INC. | * * | CIVIL ACTION |
| Plaintiff, | * * | NO. 00-0219 |
| VERSUS, | * * | SECTION: "S" |
| CBS CORPORATION d/b/a THE NASHVILLE NETWORK, | * * | JUDGE VIAL LEMMON |
| NETWORK ENTERPRISES, INC., CHINA TRAIN PRODUCTIONS, | * * | MAG. DIV.: "5" |
| CBS CABLE, | * | MAG. JUDGE CHASEZ |
| Defendants. | * * | DEMAND FOR JURY TRIAL |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Request for Oral Argument and the Taking of Oral Testimony on Hearing of Motion for Preliminary Injunction;

**IT IS HEREBY ORDERED** that the request be and hereby is **GRANTED.** The Court will entertain oral argument and the taking of oral testimony during hearing on Mid City Bowling Lanes & Sports Palace, Inc.'s Motion for Preliminary Injunction noticed for hearing on March 15, 2000 at 10:00 AM

New Orleans, Louisiana, this 8 day of February, 2000.

_____
DISTRICT JUDGE