FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 11  P 3: 09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MID CITY BOWLING LANES & SPORTS PALACE, INC. | * | CIVIL ACTION |
|         Plaintiff | * | NO.: 00-0219 |
| VERSUS | * | SECTION: "S"(5) |
| CBS CORPORATION d/b/a THE NASHVILLE NETWORK, | * | JUDGE VIAL LEMMON |
| NETWORK ENTERPRISES, INC., CHINA TRAIN PRODUCTIONS, | * | MAG. JUDGE CHASEZ |
| CBS CABLE | * | DEMAND FOR JURY TRIAL |
|         Defendants | | |
| *   *   *   *   *   * | * | |

## MOTION AND ORDER BY DEFENDANT CBS FOR EXPEDITED HEARING ON ITS REQUEST FOR ADDITIONAL TIME TO FILE AN ANSWER

NOW INTO COURT, through undersigned counsel[1] comes CBS Corporation ("CBS"), who moves for expedited consideration of the attached Motion for an Extension of Time. The plaintiff has filed an objection to the extension of time (referencing Local Rule 7.9), and has indicated (through its attorney) in a recent telephone conversation with undersigned counsel that it remains opposed to any extensions of time to answer on the part of CBS, which is now due on Feb. 15, 2000, (i.e. next Tuesday).

---

[1]    Undersigned Counsel was only recently retained by CBS, i.e. on Monday Feb. 7, 2000.



**FEB 15 2000**

DATE OF ENTRY ⎯⎯⎯⎯⎯⎯⎯



Fee_____
Process_____
X / Dktd_____
✓ CtRmDep_____
Doc.No._____

Expedited consideration is needed because if the Court is unwilling to grant CBS an extension then CBS will need to divert its immediate attention to crafting a preliminary response (subject to later amendment as more is learned about the case). Obviously, counsel's attention will then be diverted from gathering facts and exploring all the proper legal defenses necessary to present a meaningful response both to the complaint, as well as the defense of the preliminary injunction motion filed by plaintiff (which was filed last Tuesday afternoon and was set for hearing on March 15, 2000).

Therefore, CBS respectfully requests that expedited consideration (including a hearing if necessary) be given to its Motion for Extension of Time to Plead.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, L.L.P.


JOHN M. McCOLLAM (#7717)
PAUL E. BULLINGTON (#14109)
ERNEST E. SVENSON(#17164)
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170
Telephone:  (504) 582-1111
Facsimile:   (504) 582-1121

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MID CITY BOWLING LANES &** | * | **CIVIL ACTION** |
| **SPORTS PALACE, INC.** | | |
| Plaintiff | * | **NO.: 00-0219** |
| | | |
| **VERSUS** | * | **SECTION: "S"(5)** |
| | | |
| **CBS CORPORATION d/b/a** | * | **JUDGE VIAL LEMMON** |
| **THE NASHVILLE NETWORK,** | | |
| **NETWORK ENTERPRISES, INC.,** | * | **MAG. JUDGE CHASEZ** |
| **CHINA TRAIN PRODUCTIONS,** | | |
| **CBS CABLE** | * | **DEMAND FOR JURY TRIAL** |
| Defendants | | |

\*    \*    \*    \*    \*    \*    \*

## O R D E R

Considering CBS Corporation's ("CBS") foregoing Motion for Expedited Hearing on its Request for Additional Time to File an Answer,

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that CBS's Motion for Expedited Hearing on its Motion for Extension of Time is set for hearing before this Court on the _14th_ day of February, 2000 at _10:30_ a.m.

GAMD-NO 98830-1

New Orleans, Louisiana, this _14_ day of February, 2000.

_____
MAGISTRATE JUDGE