

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MID CITY BOWLING LANES & SPORTS PALACE, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0219 |
| CBS CORPORATION d/b/a THE NASHVILLE NETWORK, ET AL. | SECTION: "S"(5) |

### HEARING ON MOTION

APPEARANCES: John McCollam, Ernie Svenson, Bryan Reuter

MOTION:

(1)  CBS's Motion for Extension of Time to File An Answer

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

### ORDERED

DATE OF ENTRY  FEB 15 2000

| | | |
|---|---|---|
| _____ | : | Dismissed as moot. |
| _____ | : | Dismissed for failure of counsel to appear. |
| _____ | : | Granted. |
| _____ | : | Denied. |
| \_\_1\_\_ | : | Other. CBS is granted until March 1, 2000 within which to plead herein. |

*[signature]*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE