

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 22 P 2: 17

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MID CITY BOWLING LANES &** | * | CIVIL ACTION |
| **SPORTS PALACE, INC.** | | |
|       Plaintiff | * | NO.: 00-0219 |
| **VERSUS** | * | SECTION: "S"(5) |
| **CBS CORPORATION d/b/a** | * | JUDGE VIAL LEMMON |
| **THE NASHVILLE NETWORK,** | | |
| **NETWORK ENTERPRISES, INC.,** | * | MAG. JUDGE CHASEZ |
| **CHINA TRAIN PRODUCTIONS,** | | |
| **CBS CABLE** | * | DEMAND FOR JURY TRIAL |
|       Defendants | | |
| * * * * * * | * | |

### MOTION AND INCORPORATED MEMORANDUM BY DEFENDANT, NETWORK ENTERPRISES, FOR EXPEDITED HEARING ON ITS MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION

NOW INTO COURT, through undersigned counsel comes Network Enterprises, Inc. ("Network Enterprises"), a defendant in this matter, who moves, through undersigned counsel, for an expedited hearing on its Motion to Continue the Preliminary Injunction (attached hereto) hearing scheduled for March 15, 2000, at 10:00 a.m.

GAMD-NO:99281-1

DATE OF ENTRY  MAR 0 2 2000

This matter needs to be heard as soon as possible because the preliminary injunction hearing is three weeks away, and the parties have not even begun discovery. Defendant, whose counsel was only retained recently (i.e., February 7th) is in the process of identifying witnesses and developing its defense. The facts of the case, as they are presently known, are described in the attached motion papers, which also details the scheduling problems inherent in a March 15th hearing date. However, in addition to the scheduling problems detailed in the attached memo, the parties' ability to conduct discovery will also be hampered by the upcoming Mardi Gras holidays. Therefore, for all of the reasons set forth in the attached motion and memorandum, as well as the reasons set forth above, we respectfully ask the court to render a decision on defendant's request for a continuance of the preliminary injunction hearing as soon as possible.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, L.L.P.

By: _____
JOHN M. McCOLLAM, T.A. (#7717)
PAUL E. BULLINGTON (#14109)
ERNEST E. SVENSON (#17164)

201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170
Telephone: (504) 582-1111
Facsimile: (504) 582-1121

Attorneys for defendant Network Enterprises, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MID CITY BOWLING LANES &** | * | **CIVIL ACTION** |
| **SPORTS PALACE, INC.** | | |
| **Plaintiff** | * | **NO.: 00-0219** |
| | | |
| **VERSUS** | * | **SECTION: "S"(5)** |
| | | |
| **CBS CORPORATION d/b/a** | * | **JUDGE VIAL LEMMON** |
| **THE NASHVILLE NETWORK,** | | |
| **NETWORK ENTERPRISES, INC.,** | * | **MAG. JUDGE CHASEZ** |
| **CHINA TRAIN PRODUCTIONS,** | | |
| **CBS CABLE** | * | **DEMAND FOR JURY TRIAL** |
| **Defendants** | | |
| * * * * * * | * | |

## O R D E R

Considering the foregoing Motion for Expedited Hearing,

IT IS HEREBY ORDERED that defendant, Network Enterprises, Inc.'s Motion for Expedited Hearing is granted, and the Court shall hold a hearing on the 23 day of February, 2000, at _____. m., to consider defendant's Motion to Continue the Preliminary Injunction Hearing.

New Orleans, Louisiana, this 23 day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE