

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MID CITY BOWLING LANES &          CIVIL ACTION
SPORTS PALACE, INC.

VERSUS          NO: 00-0219

CBS CORPORATION, ET AL          SECTION: "S"

Telephone conference held. Participating was Mr. Robert Tucker, Mr. Richard Stanley and Mr. Bernard Merhoney for the plaintiff, and Mr. John McCollam for the defendant.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue is **DENIED**. Mr. McCollam is given until March 10 to file a response on behalf of Network Enterprises, Inc.

New Orleans, Louisiana this 1st day of March, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  MAR 0 2 2000