FILED
U.S. DISTRICT COURT

2000 MAR 14 P 1: 38

... WHYTE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MID CITY BOWLING** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0219** |
| **CBS CORPORATION, ET AL** | **SECTION: "S" (5)** |

### ORDER OF DISMISSAL

The court having been advised that the parties in the above captioned matter have firmly agreed upon a compromise, IT IS ORDERED that this case be and hereby is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

New Orleans, Louisiana, this 14th day of March, 2000.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY

MAR 1 4 2000

Fee_____
Process___
X_Dktd____
✓_CtRmDep_
Doc.No._27_