FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 16  A 9: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MID CITY BOWLING LANES & SPORTS PALACE, INC. | * * * | CIVIL ACTION |
| | * | NO. 00-0219 |
| VERSUS | * * | SECTION "S," MAG. 5 |
| CBS CORPORATION d/b/a THE NASHVILLE NETWORK, NETWORK ENTERPRISES, INC., CHINA TRAIN PRODUCTIONS, CBS CABLE | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### Agreed Motion To Dismiss

The plaintiff, Mid City Bowling & Sports Palace, Inc., and defendants, CBS Corporation, CBS Cable Network, Inc., Network Enterprises, Inc. doing business as TNN and China Train Productions, Inc., have amicably settled this action and move the court to dismiss this action with prejudice, each party to bear its own costs.

        GORDON, ARATA, McCOLLAM,
         DUPLANTIS & EAGAN, L.L.P.
        201 St. Charles Ave., 40th Floor
        New Orleans, Louisiana 70170-4000
        Telephone: (504) 582-1111

By: _____
        John M. McCollam, T.A. #7717
        Paul E. Bullington, #14109
        Ernest E. Svenson, #17164
        Fernand L. Laudumiey, IV (#24518)

Attorneys for Defendants, CBS Corporation, CBS Cable Network, Inc., Network Enterprises, Inc., and China Train Productions, Inc.

DATE OF ENTRY
MAY 17 2000

Robert Tucker, Esq.
Roy, Kiesel & Tucker
2355 Drusilla Lane
Baton Rouge, Louisiana 70895-5928
Facsimile: (225) 926-2685

and

Richard C. Stanley, Esq.
Bryan Reuter, Esq.
Stanley & Flanagan, L.L.C.
909 Poydras Street, Suite 2630
New Orleans, Louisiana 70112
Facsimile: (504) 524-0069

By: _____

Attorneys for Plaintiff, Mid City Bowling Lanes & Sports Palace, Inc.

## CERTIFICATE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing signed copies thereof in the United States mail, postage prepaid, on this 9th day of May, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MID CITY BOWLING LANES & SPORTS PALACE, INC. | * * * | CIVIL ACTION |
| | * | NO. 00-0219 |
| VERSUS | * * | SECTION "S," MAG. 5 |
| CBS CORPORATION d/b/a THE NASHVILLE NETWORK, NETWORK ENTERPRISES, INC., CHINA TRAIN PRODUCTIONS, CBS CABLE | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

The parties have filed an agreed motion to dismiss on the grounds that they have reached a settlement of all claims at issue.

IT IS ORDERED that the motion is GRANTED and that this action is hereby dismissed with prejudice, with each party to bear its own fees and expenses.

New Orleans, Louisiana, this 16 day of May 2000.

_____
United States District Court Judge